

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00118-CR

Roxanne Y. **CHAVEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0769
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 1, 2017. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
Keith E. Hottle
Clerk of Court